IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PECO FOODS, INC.**                                                                                   **PLAINTIFF**

v.                          **CASE NO. 3:20-CV-00140 BSM**

**MAINES PAPER & FOOD
SERVICE, INC.**                                                                                         **DEFENDANT**

## ORDER

Pursuant to the notice of bankruptcy [Doc. No. 3], this case is stayed. The parties are ordered to file a status update within 120 days. Failure to file a status update will result in this case being dismissed without prejudice.

IT IS SO ORDERED this 6th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE