IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PECO FOODS, INC.**                                                                                      **PLAINTIFF**

v.                                    **CASE NO. 3:20-CV-00140 BSM**

**MAINES PAPER & FOOD SERVICE, INC.**                                              **DEFENDANT**

## ORDER

Pursuant to Peco Foods, Inc.'s notice of voluntary dismissal [Doc. No. 5], this case is dismissed without prejudice, with each party bearing its own, costs, expenses, and legal fees.  Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED this 13th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE