IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PECO FOODS, INC.**                                                                                          **PLAINTIFF**

v.                                    **CASE NO. 3:20-CV-00140 BSM**

**MAINES PAPER & FOOD SERVICE, INC.**                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE